IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PACE INDUSTRY UNION-<br>MANAGEMENT PENSION FUND, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>HEALTHCARE SERVICES GROUP, INC., <br><br>    Defendant. | No. 3:11-1178 <br> Chief Judge Haynes |

## ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled. This action is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

It is so **ORDERED**.

ENTERED this the 23rd day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court